## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| MACK DAVIS, JR., | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 12-0200-CG-M |
| | ) |
| THE BANK OF NEW YORK, fka | ) |
| THE BANK OF NEW YORK | ) |
| TRUSTEE, BANK OF AMERICA, N.A.,) |  |
| | ) |
| **Defendant.** | ) |

## ORDER

There having been no objections filed to the plaintiff's amended motion for leave to amend complaint (Doc. 17)[1] filed on August 20, 2012, the motion is hereby **GRANTED in part**. The amended complaint attached to the plaintiff's motion contains the Circuit Court of Dallas County, Alabama's style and case number. Therefore, if the plaintiff intends to amend his complaint in this court, he shall file and amended complaint with this court's style and case number **on or before September 11, 2012**. Defendants' answers to the amended complaint shall be filed within fourteen days of receipt of the amendment.

**DONE and ORDERED** this 4th day of September, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

---

[1] The court notes that counsel for the plaintiff failed to place his /s/ signature on the amended motion. Counsel is directed to sign all future pleadings in any case filed with this court in compliance with Section II(C)(1) of the Administrative Procedure for Filing, Signing, and Verifying Documents by Electronic Means.