IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MACK DAVIS, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 12-0200-CG-M |
| | ) |
| THE BANK OF NEW YORK, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The parties having filed a Joint Stipulation of Pro Tanto Dismissal with Prejudice (Doc. 21), the plaintiff's claims against The Bank of New York, f/k/a The Bank of New York Trustee and Bank of America, N.A. are hereby **DISMISSED WITH PREJUDICE**, each party to bear his or its own costs, expenses and fees.

The court notes that there is neither proof of service of the amended complaint on defendant, Specialized Loan Servicing, LLC SLS, nor is there a notice of service attempt on file as required by Local Rule 4.1(c). Plaintiff is reminded that the deadline for service on said defendant pursuant to Rule 4(m) of the Federal Rules of Civil Procedure will expire on January 8, 2013.

The plaintiff is **ORDERED** to file a notice of service attempt as to Specialized Loan Servicing, LLC SLS **on or before December 7, 2012**.

**DONE and ORDERED** this 3rd day of December, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE