IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MACK DAVIS, JR., | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 12-0200-CG-M |
| SPECIALIZED LOAN SERVICING, LLC, | ) |
| Defendant. | ) |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

Accordingly, it is **ORDERED** that the Motion to Dismiss, filed by Specialized Loan Servicing, LLC, (Doc. 38) is **GRANTED** and that this action is **DISMISSED**.

**DONE and ORDERED** this 23rd day of July, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE