IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MACK DAVIS, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 12-0200-CG-M |
| | ) |
| THE BANK OF NEW YORK, f/k/a THE | ) |
| BANK OF NEW YORK TRUSTEE, | ) |
| BANK OF AMERICA, N.A. & | ) |
| SPECIALIZED LOAN SERVICING, | ) |
| LLC, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of Defendant Specialized Loan Servicing, LLC and against Plaintiff Mack Davis, Jr.[1]

**DONE and ORDERED** this 23rd day of July, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's claims against the Bank of New York, f/k/a The Bank of New York Trustee, and Bank of America, N.A., were dismissed on joint stipulation of the parties (Doc. 21) by order dated December 3, 2012 (Doc. 23).